UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **H-04-453** |
| **CHRISTOPHER BAKKENIST**, | § § | |
| Defendant. | § § | |

## GOVERNMENT'S 5K1.1 MOTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I.

The United States moves this Court to grant defendant Christopher Bakkenist a downward departure for substantial assistance within the meaning of <u>United States Sentencing Commission Guidelines Manual</u> §5K1.1.

 

                                                           Respectfully submitted,
                                                          TIM JOHNSON
                                                          UNITED STATES ATTORNEY

                                                          //John R. Lewis//
                           By:   John R. Lewis
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that on the 27th day of August, 2009, a true and correct copy of the <u>GOVERNMENT'S 5K1.1 MOTION</u> was sent by facsimile, electronic mail, or U.S. Mail to the following person(s).

| | |
|---|---|
| **Robert N Ross, Jr., Esq.** | (713) 222-9595 |
| 707 Travis, Ste. 2100 | (713) 222-0906 FAX |
| Houston, TX 77002 | Attorney for defendant **BAKKENIST** |
| rross@rosch-ross.com | |

<u>//John R. Lewis//</u>
JOHN R. LEWIS
Assistant United States Attorney