UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. **H-04-453** |
| **CHRISTOPHER BAKKENIST**, | § | |
| | § | |
| Defendant. | § | |

## GOVERNMENT'S SENTENCING MEMORANDUM

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Because of his assistance to the government in its investigation and prosecution of related offenses and for the reasons cited in his sentencing memorandum and letters of recommendation, including letters by attorneys for El Paso Corporation, the United States recommends this Court sentence defendant Christopher Bakkenist to a term of probation.

        Respectfully submitted,
        TIM JOHNSON
        UNITED STATES ATTORNEY

        //John R. Lewis//
By:   John R. Lewis
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that on the 1st day of September, 2009, a true and correct copy of the **GOVERNMENT'S SENTENCING MEMORANDUM** was sent by facsimile, electronic mail, or U.S. Mail to the following person(s).

| | |
|---|---|
| **Robert N Ross, Jr., Esq.** | (713) 222-9595 |
| 707 Travis, Ste. 2100 | (713) 222-0906 FAX |
| Houston, TX 77002 | Attorney for defendant **BAKKENIST** |
| rross@rosch-ross.com | |

//John R. Lewis//
JOHN R. LEWIS
Assistant United States Attorney